409 A.2d 1223.

STATE OF RHODE ISLAND *ex rel* WALTER M. CAMPBELL *vs.*
ARTHUR J. FORTIER *et al.*

JANUARY 11, 1980.

PRESENT: Bevilacqua, C.J., Kelleher, Doris, Weisberger and Murray, JJ.

PER CURIAM.    This matter comes before the court on a
consolidated appeal from the defendants' several convictions
of parking on a sidewalk in violation of Traffic Regulation
5754 of the city of Providence. The defendants argue their
appeal on two grounds. We consider the second ground, the
state's failure to introduce into evidence a provision stating a
penalty for violation of the regulation, dispositive of this
appeal.

The state concedes that it failed to introduce a penalty pro-
vision into the Superior Court record.* The state claims,

---

*The state's concession distinguishes this matter from *State* v. *Kalian,* 122 R.I.
443, 408 A.2d 610 (1979), in which we sustained a conviction under the minimum
housing ordinance of the city of Providence. There we determined that an
ordinance stated a penalty sufficient to establish the criminal character of the
prohibited conduct by referring to a separate penalty provision. Traffic Regulation
5754 neither states a penalty nor refers to an applicable penalty provision.

however, that the defendants' failure to raise the issue below forecloses our consideration on appeal. We reject this contention in light of *State* v. *Tessier*, 100 R.I. 210, 213 A.2d 699 (1965). There, we raised the no-penalty question *sua sponte*, stating that it is "the duty of this court to dismiss the complaint." *Id.* at 212, 213 A.2d at 700. We will, therefore, follow our decision in *State* v. *Tessier* and allow the defendants to raise this issue for the first time on appeal.

We reverse the defendants' convictions because no penalty provision appears in the record, and we remand the case to Superior Court with directions to dismiss the complaints.

*Dennis J. Roberts II,* Attorney General, *Stephen Lichatin III*, Special Assistant Attorney General, Chief, Appellate Division, for plaintiff.

*Aram K. Berberian,* for defendant.